Nicole Y. Winston
12303 Proxmire Drive
Fort Washington, MD 20744

July 14, 2022

U.S. Department of Education
Default Resolution Group
P.O. Box 5609
Greenville, TX 75403- 5609

**Re: Request to remove loan from default status**

Dear Madam/Sir:

I have made previous contacts with the U.S. Department of Education and I am requesting once again that the loan associated with Social Security #: 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 to be removed from default status. Since my in-person meeting in April of 2007, in which it had been provided that I was the subject of malicious and serious (government-involved) harassment and harm, I have continued to provide and substantiate that I am still the subject of such harassment and harm, thus it has been my position that the loan should have never been placed in default. My arguments would be that is would be a conflict of interest and unconscionable to enforce this loan until such issues involving human, civil, and constitutional rights claims are settled, which they have not been as of this day. I am still with a disability status and remain in constant contact with authorities to have this malicious production against me stopped.

In addition to having the loan removed from default status, I am seeking that the loan be adjusted to its original amount borrowed of $77,701 (attached). In previous communications, I provided that I received consolidation paperwork shortly after my 1999 graduation, which I considered to be routine paperwork; however, over the course of time I became suspicious as to its legitimacy and consider it to be a fraudulent misrepresentation. Once again, if I had known that the paperwork was not properly government authorized and regulated, I would not have signed for the consolidation, which charged me an excessive amount of $12,132 to consolidate loans totaling $77,701. I applied for Federal Student Aid when I did my law school application and I obtained my semesterly disbursements from the student financial aid office. www.govloans.gov provides that there is no cost to consolidate federal education loans (attached).

Lastly, I am seeking that my privacy be respected and that none of my loan information be sent to any companies. I rather deal directly and only with the. U.S. Department of Education.

Nicole Y. Winston
www.linkedin.com/in/nicolewinston8785



Nicole Y. Winston
12303 Proxmire Drive
Fort Washington, MD 20744

July 15, 2022

U.S. Department of Education
Default Resolution Group
P.O. Box 5609
Greenville, TX 75403-5609

Dear Madam/Sir:

      As a clarification to my July 14, 2022 letter, it remains my position that the loan should not have been placed in default and that there are (government-involved) human, civil, and constitutional claims to be addressed. In addition to this, I am seeking that the loan be adjusted to its original amount borrowed of $77,701.

Nicole Y. Winston



*www. govloans. gov*

# Education Loan Consolidation

◉ <u>Back</u>

Table of Contents  ⌄

### Quick Info

Educational Loan Consolidation allows eligible persons to consolidate Federal educational loans.

**Program Contact**
<u>1-800-557-7394</u>

**Additional Info**
<u>Apply for Loan Consolidation</u>

**Managing Agency**
<u>U.S. Department of Education</u>

*CASE: DKC 21 CV1 358*

*# 6 of complaint*

☐ Add to Compare

## Program Description

Consolidation Loans are available to most borrowers of Federal education loans and come from one of two sources:

- Direct Consolidation Loans are made by the U.S. Department of Education. You repay a Federal Consolidation Loan to the U.S. Department of Education. Federal Consolidation Loans are made through the Federal Family Education Loan (FFEL) Program. No new loans are being made under the FFEL Program. All new loans, and therefore consolidation of those loans, are made under the Direct Loan Program.
- Federal Consolidation Loans are made through the Federal Family Education Loan (FFEL) Program. No new loans are being made under the FFEL Program. All new loans, and therefore consolidation of those loans, are made under the Direct Loan Program.

## Program Requirements

Generally, you are eligible to consolidate after you graduate, leave school, or drop below half-time enrollment. Most Federal student loans are eligible for consolidation, including:

- Direct Subsidized Loans      *• Unsubsidized Fed. Stafford loans*
- Direct Unsubsidized Loans    *• Direct Loans*
- Subsidized Federal Stafford Loans  *• Plus loans (FFEL)*

## DIRECT CONSOLIDATION LOAN APPLICATION

**You're currently not logged in!**

You must log in to complete and submit federal student loan processes.

**LOG IN**

## What is Loan Consolidation?

If you have multiple student loans you may be able to combine them into one loan with a fixed interest rate based on the average of the interest rates on the loans being consolidated. Learn more about loan consolidation.

A Direct Consolidation Loan allows you to consolidate multiple federal education loans into one loan at no cost to you.

Through your completion of the free Federal Direct Consolidation Loan Application and Promissory Note, you will confirm the loans that you want to consolidate and agree to repay the new Direct Consolidation Loan.

Once the consolidation is complete, you will have a single monthly payment on the new Direct Consolidation Loan instead of multiple monthly payments on the loans you consolidated.

### Consolidate Your Loans

**LOG IN TO START**

Start Demo

Preview a read-only version of the complete form

OMB No. 1845-0053 ● Form Approved

### Who should complete this?

Borrowers who want to consolidate their federal student loans.

Note: There is no application fee to complete a Direct Consolidation Loan application. You may be contacted by private companies that offer to help you consolidate your loans, for a fee. These companies have no affiliation with the U.S. Department of Education (ED) or ED's Federal Loan Servicers.

### How long will it take?

The entire Loan Consolidation process must be completed in a single session. Most people



July 27, 2022

Ms. Nicole Winston
12303 Proxmire Drive
Fort Washington, MD  20744-5236

Debt No.:  22190624
22190626
Account No.:  1020544833

Dear Ms. Winston:

Thank you for your correspondence concerning your student loan account with the
U.S. Department of Education, Federal Student Aid.

You believe that this debt was improperly declared in default because you should have been
entitled to a deferment. We regret that you are dissatisfied with our previous response; however,
our position has not changed. We have no evidence that the loan was improperly declared in
default.

You request that the Department not share your account information with other agencies. The
Department will give information to third parties only as necessary to service your account and
as permitted by the Privacy Act of 1974. The Department does not sell or otherwise make
available any information about you to any third parties for marketing purposes.

You state that you are disabled. Discharge provisions for the Department's student loan
programs are established by law. Loans can be discharged if the borrower is totally and
permanently disabled. In order to qualify for discharge of a student loan debt, the borrower must
submit a discharge application approved by the Department and be totally and permanently
disabled. For information regarding loan discharge due to total and permanent disability or to
request a discharge application, you should visit disabilitydischarge.com or contact the Nelnet
Total and Permanent Disability Servicer at:

U.S. Department of Education
Nelnet Total and Permanent Disability Servicer
P.O. Box 87130
Lincoln, NE  68501-7130
1-888-303-7818
DisabilityInformation@Nelnet.net



Page 2 – Ms. Nicole Winston

For further information regarding this account, you should contact the Department's Default Resolution Group at 1-800-621-3115 (TTY: 1-877-825-9923).

For more information, visit our Web site at myeddebt.ed.gov.

We hope this information will be helpful to you.

Sincerely,

Default Resolution Group
Servicing Center

NEOPOST                    FIRST-CLASS MAIL

US POSTAGE $000.57⁰

ZIP 75402
041M11457009

# Federal Student Aid

An OFFICE of the U.S. DEPARTMENT of EDUCATION

PROUD SPONSOR of
the AMERICAN MIND®

PO Box 4139
Greenville, TX 75403-4139



20744352235 C041



S T A R T  H E R E
G O  F U R T H E R
FEDERAL STUDENT AID

**National Student Loan Data System (NSLDS)**

Pag    of 6

Menu | Aid | Enroll | Org

Loan History | Overpayment List | Grants | Student Access Interface

Logged on as: DEBRA D. WILEY from Department of Education Region 0

SSN:

First Name:                     DOB:              (MMDDCCYY)      Retrieve    Name Search

NICOLE Y WINSTON
SSN: 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                          DOB: 12/05/1972

## Loan History

### Aggregate Loan Information

| Loan Type | Outstanding Principal Balance | Pending Disbursements | Total |
|---|---|---|---|
| Subsidized Loans | $38,250 | $0 | $38,250 |
| Unsubsidized Loans | $39,451 | $0 | $39,451 |
| Combined Loans | $77,701 | $0 | $77,701 |
| Consolidation Loans, Unallocated | $12,132 | | $12,132 |
| Perkins Loans | N/A | | N/A |

### Master Promissory Notes

| MPN Type | Code | PLUS Borrower |
|---|---|---|
| | | |

4/6/2007

1 — 6200746

E.EGS2 07/99

## KEYBANK USA Federal Loan Consolidation Program

AUG 1 2 1999

Application • Promissory Note

Pennsylvania Higher Education Assistance Agency

The Graduate Loan Center, P.O. Box    8139 , Harrisburg, PA 17105

6 8 8 4 1 7

800324 . 00495

IX

**Please be sure to review the important information on the back of your "Applicant Copy" before you proceed with this application.**

07/23/1999

NICOLE Y. WINSTON
12303 PROXMIRE DR
FT WASHINGTON  MD  20744

SS#:        -0351 (01)
BIRTH DATE: 12/05/1972
OUT SCHL DT:05/15/1999

LS 00193466

Per your request the following are your loans to be consolidated:

| Creditor | Loan Type | Remaining Balance |
|---|---|---|
| GLC/KEYBANK USA N.A. | GSL | $3,116.21 |
| GLC/KEYBANK USA N.A. | GSL | $8,500.00 |
| GLC/KEYBANK USA N.A. | GSL | $2,800.00 |
| GLC/KEYBANK USA N.A. | GSL | $9,632.46 |
| GLC/KEYBANK USA N.A. | GSL | $5,700.00 |
| GLC/KEYBANK USA N.A. | GSL | $8,500.00 |
| GLC/KEYBANK USA N.A. | GSL | $12,072.06 |
| AFSA DATA CORPORATION | GSL | $26,923.42 |

Total Amount Consolidated

YOUR CONSOLIDATING LENDER IS KEY BANK USA, N.A..     $77,244.15     *original loan amount*
YOUR GUARANTOR IS PHEAA.

Your repayment term is    30    years. And, the following loans will not be consolidated but have been used to calculate the length of that repayment period on your new Consolidation Loan.

| Creditor | Loan Type | Remaining Balance |
|---|---|---|

Total Other Loans

$0.00

Please indicate your desired repayment schedule below. These estimated repayment options are available to you based on the loan information you have provided on the left. Once you have compared the monthly payment and total loan payment amounts, please check the repayment option best suited to your needs.

☑ **EQUAL PAYMENT PLAN**
    (ESTIMATED)

688417

| Monthly Payment | Total Principal | Interest Rate | Total Interest Payment |
|---|---|---|---|
| $524.14 | $77,244.15 | 7.250% | $111,445.89 |

Total Loan Amount:          $188,690.04

☐ **SELECT/2 ALTERNATIVE**
    (ESTIMATED)

| Monthly Payment First 2 years | Monthly Payment Beginning year 3 | Total Principal | Interest Rate | Total Interest Payment |
|---|---|---|---|---|
| $475.63 | $534.88 | $77,244.15 | 7.250% | $113,887.63 |

Total Loan Amount:     $191,131.78

☐ **SELECT/5 ALTERNATIVE**
    (ESTIMATED)

| Monthly Payment First 2 years | Monthly Payment Years 3-5 | Monthly Payment Beginning year 6 | Interest Rate |
|---|---|---|---|
| $475.63 | $508.68 | $545.79 | 7.250% |

Total Principal: $77,244.15     Total Interest Payment: $116,219.25

Total Loan Amount:     $193,463.40

**BORROWER CERTIFICATION**

By means of this application, I, the student am applying to have my loans consolidated into a Consolidation Loan, as allowed under Section 428c of the Higher Education Act of 1965, as amended ("The Act"). If the Lender accepts this application, it is my understanding the Lender will advance funds on my behalf to creditors who currently hold eligible loans named in this application which I select for consolidation under THE FEDERAL LOAN CONSOLIDATION PROGRAM. The funds so advanced by the Lender will be disbursed to the holder(s) of the loans designated on this application in order to pay off those loans. I further understand that the amount of my Consolidation Loan will equal the sum of the amounts which my creditors verify as the payoff balances on the selected loans. This amount may be more or less than the estimated total balance I have indicated here. If the verified total balance in loans to be consolidated exceeds my estimate by $1,000 or more, the Lender will notify me before completing my new Federal Loan Consolidation Program.

I certify that the information contained on the application is true and correct and that I do not currently have another Consolidation Loan Application pending with another lender. I certify that I am in repayment status or in a grace period preceding repayment and I am not 90 days or more delinquent on any of the loans that I have chosen for consolidation. I understand that should I decide to consolidate while in my grace period, I will forfeit my Stafford (GSL) interest subsidy. I also understand that should any unpaid balance(s) remain once the loans are paid off the holder(s) of the loans designated in this application for consolidation, it is my responsibility to resolve the matter with the applicable creditor. I certify that I am not in default on a Health Professions Student Loan (HPSL), Nursing School Loans, Perkins Loan (formerly NDSL) or a Stafford Loan (GSL), FISL, or a Supplemental Loan for Students (including an ALAS loan), PLUS loan, Income Contingent Loan, or Consolidation Loan. I further certify that I do not owe a refund on any grant excluding PELL Grant or Supplemental Educational Opportunity Grant. I also certify that if the Lender does not hold any of my loans selected herein for consolidation I have sought but been unable to obtain a Consolidation Loan from the holder(s) of the loans I wish to consolidate. I have read the accompanying application instructions, civil and criminal penalties, and understand my rights and responsibilities under the Federal Loan Consolidation Program.

I, PROMISE TO PAY I, the undersigned (the borrower), for full value received, promise to pay to the order of the Lender or subsequent holder, the principal sum equal to the amount required to discharge the loans indicated in the Application and identified to me in the Loan Repayment Schedule Disclosure Statement, plus an amount equivalent to simple interest on this loan as specified in the Loan Repayment Schedule Disclosure Statement which will be provided to me after the time my former creditors have discharged my obligations on the loans selected for consolidation. I will also pay any other charges which may become due as provided in Paragraph IV on the reverse side.

If I fail to pay any of these amounts when they are due, I will also pay all charges and other costs, including attorney's fees and court costs, that are permitted by state and Federal law and regulations for the collection of these amounts.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THE PROMISSORY NOTE BEFORE READING IT INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE, THE CONSOLIDATION LOAN REPAYMENT SCHEDULE DISCLOSURE STATEMENT, AND ANY AGREEMENT I SIGN. BY SIGNING THIS PROMISSORY NOTE, I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY HEREOF. MY SIGNATURE CERTIFIES THAT I HAVE READ, UNDERSTOOD, AND AGREED TO THE CONDITIONS AND AUTHORIZATION STATED IN THE "BORROWER CERTIFICATION" PRINTED ABOVE. BY MEANS OF MY SIGNATURE BELOW I AM ALSO AUTHORIZING THE LENDER TO VERIFY MY LOAN BALANCES WITH THE APPROPRIATE CREDITORS IN ORDER TO PAY OFF THOSE LOANS ON MY BEHALF. COPIES OF MY SIGNATURE CARRY THE SAME WEIGHT AS MY ORIGINAL.

**WARNING:**
The penalty for submission of fraudulent information on this form may be repayment of triple any amount of money received plus a fine and/or imprisonment.



| SIGN HERE | Nicole Winton | SOCIAL SECURITY NUMBER ___-__-0351 | DATE COMPLETED 090699 |
|---|---|---|---|
| | Borrower Signature | | |

Borrower: Terms of the Promissory Note continue on reverse side. After completion, detach the second copy for your records. Return the first copy to The Graduate Loan Center in the enclosed envelope.

2