## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

NICOLE YVETTE WINSTON,

    Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION
DEFAULT RESOLUTION GROUP,

    Defendant.

Civil Action No. TDC-22-1965

## ORDER

Defendant has filed a Notice of Intent to File a Motion to Dismiss, or in the Alternative, for Summary Judgment. ECF No. 10. Plaintiff Nicole Yvette Winston has filed a Motion for Default Judgment. ECF No. 12. The Case Management Order ("CMO") states that "[n]o motions may be filed without first seeking a Pre-Motion Conference with the Court." CMO § II.A.1, ECF No. 10. Winston has not sought a pre-motion conference with the Court, and because Defendant's Notice tolls the deadline for filing an Answer, CMO § II.A.4, the Motion for Default Judgment will be denied.

Accordingly, and for the reasons stated during the September 15, 2023 Case Management Conference, it is hereby ORDERED that:

1. Plaintiff Nicole Yvette Winston's Motion for Default Judgment, ECF No. 12, is DENIED.

2. Defendant is granted leave to file the proposed Motion to Dismiss. The Motion will be deemed timely if filed by **Friday, September 29, 2023**. Plaintiff's Opposition to the

Motion is due by **Monday, October 16, 2023**. Any reply brief is due by **Monday, October 30, 2023**.

3. By consent of the parties, this case shall be transferred to a United States Magistrate Judge for all further proceedings on the merits.

Date: September 11, 2023

THEODORE D. CHUANG
United States District Judge